IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HARTFORD ACCIDENT AND INDEMNITY COMPANY, HARTFORD CASUALTY INSURANCE COMPANY, TWIN CITY FIRE INSURANCE COMPANY, and FIRST STATE INSURANCE COMPANY, | ) ) ) ) ) ) |
| Plaintiffs, | ) |
| v. | ) Case No.09-CV-567- TCK-FHM ) |
| GEORGE'S, INC., GEORGE'S FARMS, INC., EMPLOYER'S INSURANCE COMPANY OF WAUSAU f/k/a EMPLOYERS INSURANCE OF WAUSAU, A MUTUAL COMPANY, GRANITE STATE INSURANCE COMPANY, NORTHERN INSURANCE COMPANY OF NEW YORK a/k/a MARYLAND CASUALTY COMPANY, AMERISURE INSURANCE COMPANY a/k/a MICHIGAN MUTUAL INSURANCE COMPANY, FIREMAN'S FUND INSURANCE COMPANY, TIG INSURANCE COMPANY, SUCCESSOR-IN-INTEREST TO INTERNATIONAL INSURANCE COMPANY, UNITED STATES FIRE INSURANCE COMPANY, HOME INSURANCE COMPANY, MAXUM INDEMNITY COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA, CHUBB INDEMNITY INSURANCE COMPANY, GREAT AMERICAN INSURANCE COMPANY a/k/a AMERICAN NATIONAL FIRE INSURANCE COMPANY, ACE PROPERTY AND CASUALTY INSURANCE COMPANY f/k/a CIGNA PROPERTY AND CASUALTY INSURANCE COMPANY, ST. PAUL SURPLUS LINES INSURANCE COMPANY, ARCH SPECIALTY INSURANCE COMPANY, and ARROWHEAD INDEMNITY COMPANY f/k/a ROYAL INDEMNITY COMPANY, SUCCESSOR-IN-INTEREST TO ROYAL INSURANCE COMPANY, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## **ORDER**

BEFORE THE COURT is Defendant Chubb Indemnity Insurance Company's Motion to Dismiss (Doc. 35). The Court, having considered the same, finds that the Motion is hereby granted.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that Defendant Chubb Indemnity Insurance Company's Motion to Dismiss is hereby granted and that Chubb Indemnity Insurance Company be Dismissed With Prejudice.

IT IS FURTHER ORDERED that Cross-Claimants are directed to inform the Court by November 13, 2009, as to whether they intends to pursue cross-claims against Chubb Indemnity Insurance Company.

IT IS SO ORDERED this 4th day of November, 2009.

TERENCE KERN
United States District Judge