IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **HARTFORD ACCIDENT AND INDEMNITY COMPANY**, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>**GEORGE'S INC.**, et al.<br><br>Defendants. | Case No. 09-CV-567-JAR |

## HARTFORD ACCIDENT AND INDEMNITY COMPANY'S NOTICE OF VOLUNTARY DISMISSAL *WITH PREJUDICE* OF CLAIMS AGAINST MAXUM INDEMNITY COMPANY

Pursuant to Federal Rule of Civil Procedure 41(c), Plaintiff Hartford Accident and Indemnity Company hereby give notice of dismissal with prejudice of its claims against Defendant Maxum Indemnity Company ("Maxum") from Plaintiffs' Amended Complaint (Doc. 207) in this action. Maxum remains in the case as a cross-defendant.

{2739910;}

DATED: 31 July 2023                     Respectfully submitted,

      *s/ John D. Russell*
John D. Russell, OBA No. 13343
Steven J. Adams, OBA No. 142
GableGotwals
110 N. Elgin Ave., Suite 200
Tulsa, Oklahoma 74120-1495
Telephone (918) 595-4800
Facsimile (918) 595-4990
*jrussell@gablelaw.com*
*sadams@gablelaw.com*

-and-

Timothy R. Dingilian, *pending pro hac vice*
Ruggeri Parks Weinberg LLP
1875 K. Street NW, Suite 600
Washington, DC 20006-1251
Telephone (202) 469-7779
Facsimile (202) 984-1401
*tdingilian@ruggerilaw.com*

Counsel for
Hartford Accident
  and Indemnity Company;
Hartford Casualty
  Insurance Company;
Twin City Fire
  Insurance Company; and
First State Insurance Company

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on 31 July 2023, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing, and transmittal of a Notice of Electronic Filing to all ECF registrants.

/s/ John D. Russell
John D. Russell